NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**GEOSPAN CORPORATION,**
*Plaintiff-Appellant,*

**v.**

**PICTOMETRY INTERNATIONAL CORPORATION,**
*Defendant-Cross Appellant.*

———————————

2011-1380,-1405

———————————

Appeal from the United States District Court for the District of Minnesota in Case No. 08-CV-0816, Judge Ann D. Montgomery.

———————————

**JUDGMENT**

———————————

KURT J. NIEDERLUECKE, Fredrikson & Bryson, P.A., of Minneapolis, Minnesota, argued for plaintiff-appellant. With him on the brief were DAVID L. LILLEHAUG, DARREN B. SCHWIEBERT and GRANT D. FAIRBAIRN. Of counsel was TED C. KOSHIOL.

JOSEPH P. TITTERINGTON, Dunlap Codding, P.C., of Oklahoma City, Oklahoma, argued for defendant/cross appellant. With him on the brief were DOUGLAS J. SOROCCO and D. WARD HOBSON.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and SCHALL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 5, 2012                    /s/ Jan Horbaly
Date                           Jan Horbaly
                               Clerk